ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SHEILA A.G. ARMBRUST (CABN 265998)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6961
FAX: (415) 436-7234
sheila.armbrust@usdo.gov

Attorneys for United States of America

FILED

MAR 15 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4-18-70151 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING AND WAIVING TIME UNDER THE SPEEDY TRIAL ACT FROM MARCH 15, 2018, THROUGH MARCH 29, 2018 |
| v. | |
| RICHARD EDWARD RAY REYES, | |
| Defendant. | |

Defendant, represented by Sara Rief, initially appeared before the Court in connection with the above-captioned Complaint on February 9, 2018. Defendant has remained in continuous custody since his arrest on February 8, 2018, and he waived a detention hearing without prejudice on February 15, 2018. At that appearance, the parties stipulated to continue the deadline for the preliminary hearing or for the government to return an indictment to March 15, 2018. Accordingly, the parties are appearing today, March 15, 2018, at 9:30 a.m., before the Honorable Donna M. Ryu, United States Magistrate Judge.

With the agreement of the parties, and with the consent of the defendant, the parties stipulate pursuant to Federal Rule of Criminal Procedure 5.1(d), to continue the deadline for indictment or

STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY
HEARING AND WAIVING TIME UNDER SPEEDY TRIAL ACT

| | |
|---|---|
| 1 | preliminary hearing to March 29, 2018, at 9:30 a.m. before the Duty Magistrate Judge. Counsel for the |
| 2 | defendant believes that postponing the preliminary hearing is in her client's best interest. The parties |
| 3 | agree that, taking into account the public interest in prompt disposition of criminal cases, good cause |
| 4 | exists to schedule the deadline for indictment or preliminary hearing for March 29, 2018. |

preliminary hearing to March 29, 2018, at 9:30 a.m. before the Duty Magistrate Judge. Counsel for the defendant believes that postponing the preliminary hearing is in her client's best interest. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists to schedule the deadline for indictment or preliminary hearing for March 29, 2018.

The defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161(b) and 3161(h) until March 29, 2018, on the ground that the government expects to be producing discovery in the coming weeks. The parties agree and stipulate that defense counsel needs time to prepare the case and that an exclusion of time under the Speedy Trial Act for effective preparation of counsel is warranted pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED

DATED: March 15, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

By: _____
SHEILA A.G. ARMBRUST
Assistant United States Attorney

DATED: March 15, 2018

_____
SARA RIEF
Counsel for Richard Reyes

IT IS SO ORDERED.

DATED: March 16, 2018

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge